IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GINGER HOLT, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:23-cv-00179 |
| | ) | |
| v. | ) | |
| | ) | District Judge Crenshaw, Jr. |
| VANDERBILT UNIVERSITY and | ) | Magistrate Judge Frensley |
| VANDERBILT UNIVERSITY | ) | |
| MEDICAL CENTER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT VANDERBILT UNIVERSITY'S MOTION TO DISMISS
PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(6)**

Defendant, Vanderbilt University (hereinafter "VU") hereby submits the following Motion to Dismiss brought pursuant to Federal Rule of Civil Procedure 12(b)(6). VU's Motion to Dismiss is based on the following:

1. Plaintiff's Complaint does not contain any specific factual allegations against Defendant VU and, as a direct result, fails to satisfy the pleading standard described in *Twombly* and *Iqbal* and as set forth in Federal Rule of Civil Procedure 12(b)(6).

2. Plaintiff's employment-based claims against VU fail as Plaintiff is not an employee of VU.

Accordingly, VU respectfully requests that the Court dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(6). VU incorporates, by reference, the Memorandum in Support of this Motion filed contemporaneously herewith.

Respectfully submitted,

/s/ William S. Rutchow
William S. Rutchow (BPR #17183)
Benjamin P. Lemly (BPR #35225)
Erin A. Shackelford (BPR #34788)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615.254.1900
Facsimile: 615.254.1908

***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2023, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and below.

Heather Moore Collins, Esq. (BPR #026099)
Ashley Shoemaker Walter, Esq. (BPR # 037651)
Caroline Drinnon, Esq. (BPR #037016)
HMC CIVIL RIGHTS LAW, PLLC
7000 Executive Center Drive
Suite 320
Brentwood, Tennessee 37027
(615) 724-1996 (Business)
(615) 691-7019 (Facsimile)
heather@hmccivilrights.com (Email)
ashley@hmccivilrights.com (Email)
caroline@hmccivilrights.com (Email)

Attorneys for **Plaintiff *Ginger Holt, M.D.***

/s/ William S. Rutchow
William S. Rutchow