MOTION GRANTED. In light of the Amended Complaint, the Motion to Dismiss (Docket No. 16) is denied without prejudice.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GINGER HOLT, M.D., | |
| Plaintiff, | Case No. 3:23-cv-00179 |
| v. | Judge Crenshaw<br>Magistrate Judge Frensley |
| | JURY DEMAND |
| VANDERBILT UNIVERSITY and<br>VANDERBILT UNIVERSITY MEDICAL<br>CENTER, | |
| Defendants. | |

## MOTION TO FILE AMENDED COMPLAINT

COMES NOW Plaintiff Ginger Holt, M.D., respectfully moves to amend her Complaint (ECF 1). Plaintiff submits the following as good cause shown:

1. The amendment deadline has not passed, it is December 1, 2023. (ECF 22, ¶ H).

2. Defendant VU filed a motion to dismiss (ECF 16, 17) under Rule 12(b)(6) alleging perceived pleading deficiencies. The amendment will cure any perceived deficiencies and as such, promote judicial efficiency.

3. Defendant's counsel indicated that under Rule 15, Plaintiff did not need its consent, but would not agree to confirm whether the motion to amend was opposed.

4. Plaintiff conferred with Defendant's counsel pursuant to Local Rule 7.01 prior to filing the motion.

Accordingly, Plaintiff requests the attached Amended Complaint be filed.

Respectfully submitted,

1

/s Heather Moore Collins  
Heather Moore Collins (#026099)  
Caroline Drinnon (#037016)  
Ashley Shoemaker Walter (# 037651)  
HMC Civil Rights Law, PLLC  
7000 Executive Center Dr., Suite 320  
Brentwood, TN 37027  
615-724-1996  
615-691-7019 FAX  
heather@hmccivilrights.com  
caroline@hmccivilrights.com  
ashley@hmccivilrights.com  

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to via the Court's electronic filing system on May 23, 2023 to the following:

William S. Rutchow, BPR No. 017183  
Benjamin P. Lemly, BPR No. 035225  
Erin A. Shackelford, BPR No. 034788  
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.  
Truist Plaza  
401 Commerce Street, Suite 1200  
Nashville, TN 37219-2446  
Telephone: 615-254-1900  
Facsimile: 615-254-1908  
William.rutchow@ogletreedeakins.com  
benjamin.lemly@ogletreedeakins.com  
erin.shackelford@ogletreedeakins.com  

/s Heather Moore Collins  
Heather Moore Collins