IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DR. GINGER HOLT, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | Case No. 3:23-cv-00179 |
| ) | Judge Crenshaw/Frensley |
| ) | |
| VANDERBILT UNIVERSITY, et al., ) | |
| ) | |
| Defendant(s) ) | |

## O R D E R

A telephone conference is set for **January 5, 2024 at 8:00 a.m**. to discuss an ongoing discovery dispute. The parties shall call **1-877-336-1831** at the appointed time, and when prompted for the access code, enter **7039387#** to participate in the Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please contact chambers at 615-736-7344.

**IT IS SO ORDERED.**

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge