IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GINGER HOLT, M.D., ) | |
|     Plaintiff, ) | |
| ) | Civil Action No. 3:23-cv-00179 |
| v. ) | Chief Judge Crenshaw / Frensley |
| ) | Jury Demand |
| VANDERBILT UNIVERSITY and ) | |
| VANDERBILT UNIVERSITY MEDICAL ) | |
| CENTER, ) | |
|     Defendants. ) | |

## ORDER

The Court held a case management conference with the Parties on January 5, 2024, to discuss the status of discovery and Plaintiff's Motion for Extension of Deadlines. Docket No. 42.

The Parties are instructed to meet and confer in person regarding the outstanding discovery issues in an attempt to resolve those matters without further action by the Court. The Court provided guidance to the Parties regarding the matters set forth in the Defendants' discovery dispute statement (Docket No. 45).

By **January 12, 2024**, the Parties shall file a joint status report regarding their meet and confer efforts and identify any remaining discovery disputes.

**IT IS SO ORDERED.**

                                                  **JEFFERY S. FRENSLEY**
                                                  **United States Magistrate Judge**